IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HORACE BROWNING, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 06-0474-BH-C |
| JERRY FERRELL, et al., | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

**DONE** this 13th day of February, 2008.

                                          s/ W. B. Hand
                                    SENIOR DISTRICT JUDGE